JOHN S. LEONARDO
United States Attorney
District of Arizona

MONICA B. KLAPPER
Assistant U.S. Attorney
Arizona State Bar No. 013755

Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Monica.Klapper@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Kevin Grant Lee,<br><br>　　　　　Defendant. | CR-13-00824-002-PHX-ROS<br><br>**PARTIES' JOINT SUPPLEMENT RE: KEVIN LEE SENTENCING**<br><br>**(Sentencing:  Feb. 11, 2015, at 11 am)** |

　　　　As ordered by this Court at the initial sentencing proceeding on December 8, 2014, the parties submit the following information regarding the financial benefit received by Defendant Kevin Lee based on the mortgage fraud orchestrated by his brother, Defendant Scott Lee, through Summit Capital Mortgage, LLC.  The parties believe Kevin Lee received a 5% commission and a small fee on every loan during his period of employment with Summit Capital, which was from sometime in 2002 to October of 2007.  The parties further believe that Summit Capital generated $120,000 to $200,000 per month in loans during the relevant period, which is 2004 through 2008.  Attributing 5% of that monthly amount to Kevin Lee equates to approximately $6000 per month, or $72,000 per year, not including the small fee per loan, for approximately 4 years.

Respectfully submitted this 4th day of February, 2015.

>JOHN S. LEONARDO
>United States Attorney
>District of Arizona
>
>*s/Monica B. Klapper*
>MONICA B. KLAPPER
>Assistant U.S. Attorney
>
>*s/Dana Carpenter*
>Dana Carpenter
>Law Office of Dana Carpenter
>Attorney for Defendant Kevin Lee

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2015, I electronically transmitted the attached document to the following CM/ECF registrants:

Dana Carpenter

*s/Gaynell Smith*
U.S. Attorney's Office